WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel B. Layton,<br><br>    Plaintiff,<br><br>vs.<br><br>Nancy A. Berryhill, Commissioner of the Social Security Administration,<br><br>    Defendant. | CIV 13-2635-PHX-MHB<br><br>**ORDER** |

In light of the United States Court of Appeals for the Ninth Circuit's Order finding that the ALJ's decision denying Plaintiff's claim was not supported by substantial evidence, and instructing this Court to "remand [this matter] to the Commissioner for further proceedings,"

**IT IS ORDERED** vacating the Order and Judgment entered on February 27, 2015 (Docs. 33, 34);

**IT IS FURTHER ORDERED** remanding this case to the Social Security Administration for further proceedings;

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly. The judgment will serve as the mandate of this Court.

DATED this 21st day of June, 2017.

Michelle H. Burns
United States Magistrate Judge